AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Burke, Liles C. | 2. Court or Organization<br><br>U.S. District Court, Northern District of Alabama | 3. Date of Report<br><br>07/25/2019 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | **5a. Report Type** (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>101 Holmes Avenue NE<br>Huntsville, AL 35801 |
|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Major | Alabama Army National Guard |
| 2. | Associate Judge | Alabama Court of Appeals |
| 3. | Immediate Past President | Alabama Appellate Judges Association |
| 4. | Board Member | Marshall County Healthcare Authority |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | Retirement Systems of Alabama; pension upon retirement at age 70 |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Alabama Army National Guard | $11,793.00 |
| 2. 2018 | Alabama Court of Criminal Appeals | $119,616.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | Arab Tribune, LLC, Advertising Sales |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Peoples Bank of North Alabama | Loan | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Regions Bank (cash) | | None | M | T | | | | | |
| 2.  Peoples Bank of North Alabama (cash) | C | Interest | M | T | | | | | |
| 3.  Investment Property: New York, NY | E | Rent | P1 | W | | | | | |
| 4.  Investment Property: Guntersville, AL | | None | O | W | | | | | |
| 5.  Rental Property: Orange Beach, Alabama | E | Rent | N | W | | | | | |
| 6.  IRA #1 (H) | | | | | | | | | |
| 7.  Morgan Stanley Bank N.A. (cash) | A | Interest | K | T | | | | | 39 |
| 8.  Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 9.  Activision Blizzard Inc (ATVI) | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 10.  American Express Co (AXP) | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 11.  Amgen Inc (AMGN) | A | Dividend | J | T | Buy (add'l) | 12/14/18 | J | | |
| 12.  Automatic Data Processing Inc (ADP) | | None | J | T | Buy | 12/14/18 | J | | |
| 13.  Bank of America Corp (BAC) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 14. | | | | | Buy (add'l) | 12/14/18 | J | | |
| 15.  Bank of New York Mellon Corp (BK) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 16.  Boeing Co (BA) | | None | J | T | Buy | 12/07/18 | J | | |
| 17.  Caterpillar Inc (CAT) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 12/27/18 | J | | |
| 19. Cisco Sys Inc (CSCO) | | None | J | T | Buy | 12/04/18 | J | | |
| 20. Citigroup Inc New (C) | A | Dividend | J | T | | | | | |
| 21. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 22. Fedex Corp (FDX) | A | Dividend | J | T | | | | | |
| 23. Home Depot Inc (HD) | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 24. Honeywell International Inc (HON) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 25. HP Inc Com (HPQ) | | None | J | T | Buy | 12/04/18 | J | | |
| 26. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 27. | | Dividend | | | Buy (add'l) | 12/07/18 | J | | |
| 28. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 29. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 30. Lockheed Martin Corp (LMT) | | None | J | T | Buy | 12/04/18 | J | | |
| 31. Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | | | | | |
| 32. Mastercard Inc Cl A (MA) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 33. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Buy (add'l) | 12/20/18 | J | | |
| 34. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 36. Nike Inc B (NKE) | | None | J | T | Buy | 12/07/18 | J | | |
| 37. | | | | | Buy (add'l) | 12/20/18 | J | | |
| 38. Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 39. Pepsico Inc NC (PEP) | A | Dividend | J | T | Buy (add'l) | 12/27/18 | J | | |
| 40. Raytheon Co (New) (RTN) | A | Dividend | J | T | Buy (add'l) | 12/07/18 | J | | |
| 41. Royal Caribbean Cruises LTD (RCL) | | None | J | T | Buy | 12/04/18 | J | | |
| 42. Schlumberger LTD (SLB) | A | Dividend | J | T | | | | | |
| 43. Texas Instrument (TXN) | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 44. Thermo Fisher Scientific (TMO) | | None | J | T | Buy | 12/17/18 | J | | |
| 45. United Health Group Inc (UNH) | | None | J | T | Buy | 12/07/18 | J | | |
| 46. United Technologies Corp (UTX) | A | Dividend | | | Sold | 12/10/18 | J | | |
| 47. Walmart Inc (WMT) | A | Dividend | J | T | Buy (add'l) | 12/17/18 | J | | |
| 48. Whirlpool Corp (WHR) | | | | | | | | | |
| 49. Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | | | | | 2 |
| 50. Sysco Corp. Bonds | | None | J | T | Buy | 12/12/18 | J | | |
| 51. JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | 3 |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HP Inc. Bonds | | None | J | T | Buy | 12/12/18 | J | | |
| 53. Goldman Sachs Group Inc. Bonds | | None | J | T | Buy | 12/04/18 | J | | |
| 54. Amgen Inc, Bonds | A | Interest | J | T | | | | | 4 |
| 55. Agilent Technologies Inc. Bonds | | None | J | T | Buy | 12/12/18 | J | | |
| 56. Tyson Foods Inc. Bonds | | None | J | T | Buy | 12/26/18 | J | | |
| 57. Thomson Reuters Corp. Bonds | A | Interest | J | T | | | | | 6 |
| 58. Verizon Communications Inc. Bonds | | None | J | T | Buy | 12/04/18 | J | | |
| 59. American Express Co. Bonds | | None | J | T | Buy | 12/12/18 | J | | |
| 60. Southern Power Co. Bonds | A | Interest | J | T | | | | | 5 |
| 61. Analog Devices Inc. Bonds | A | Interest | J | T | Buy | 12/04/18 | J | | |
| 62. IRA #2 (H) | | | | | | | | | |
| 63. Morgan Stanley Bank N.A. (cash) | A | Interest | J | T | | | | | 76 |
| 64. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 65. Activision Blizzard Inc (ATVI) | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 66. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 67. Amgen Inc (AMGN) | A | Dividend | J | T | | | | | |
| 68. Bank of New York Mellon Corp (BK) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Caterpillar Inc (CAT) | A | Dividend | J | T | | | | | |
| 70. Citigroup Inc New (C) | A | Dividend | J | T | | | | | |
| 71. Exxon Mobil Corp (XOM) | A | Dividend | J | T | | | | | |
| 72. Fedex Corp (FDX) | | None | J | T | Buy | 11/19/18 | J | | |
| 73. Honeywell International Inc (HON) | A | Dividend | J | T | | | | | |
| 74. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 11/19/18 | J | | |
| 75. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 76. Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | | | | | |
| 77. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 78. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 79. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 80. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 81. Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 82. Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 83. Prudential Financial Inc (PRU) | A | Dividend | J | T | | | | | |
| 84. Raytheon Co (New) (RTN) | A | Dividend | J | T | | | | | |
| 85. Texas Instruments (TXN) | A | Dividend | | | Buy | 10/18/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 11/19/18 | J | | |
| 87. United Technologies Corp (UTX) | A | Dividend | | | Sold | 12/10/18 | J | A | |
| 88. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 89. Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | | | | | 42 |
| 90. JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | 43 |
| 91. Dow Chemical Co. Bonds | A | Interest | J | T | | | | | 44 |
| 92. Southern Power Co. Bonds | A | Interest | J | T | | | | | 45 |
| 93. Partnership #1 (H) | | | | | | | | | |
| 94. Morgan Stanley Bank N.A (cash) | A | Dividend | J | T | | | | | |
| 95. Abbott Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 96. Activision Blizzard Inc (ATVI) | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 97. American Express Co (AXP) | A | Dividend | J | T | | | | | |
| 98. Automatic Data Processing In (ADP) | A | Dividend | J | T | | | | | |
| 99. Bank of America Corp (BAC) | A | Dividend | J | T | | | | | |
| 100. Bank of New York Mellon Corp (BK) | A | Dividend | J | T | | | | | |
| 101. Boeing Co (BA) | A | Dividend | J | T | Sold (part) | 10/18/18 | J | B | |
| 102. Facebook Inc Cl-A (FB) | | None | | | Sold | 11/12/18 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Fedex Corp (FDX) | | None | J | T | Buy | 11/19/18 | J | | |
| 104. Home Depot Inc (HD) | A | Dividend | J | T | | | | | |
| 105. Johnson & Johnson (JNJ) | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 106. JPMorgan Chase & Co (JPM) | A | Dividend | J | T | | | | | |
| 107. Marriott Intl Inc New Cl A (MAR) | A | Dividend | J | T | | | | | |
| 108. Masco Corp (MAS) | A | Dividend | | | Sold | 10/22/18 | J | B | |
| 109. Mastercard Inc Cl A (MA) | A | Dividend | J | T | | | | | |
| 110. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | | | | | |
| 111. Microsoft Corp (MSFT) | A | Dividend | J | T | | | | | |
| 112. Nextera Energy Inc (NEE) | A | Dividend | J | T | | | | | |
| 113. Nike Inc B (NKE) | | None | J | T | Buy | 11/19/18 | J | | |
| 114. Paypal Holdings Inc Com (PYPL) | | None | J | T | | | | | |
| 115. Pepsico Inc NC (PEP) | A | Dividend | J | T | | | | | |
| 116. Raytheon Co (New) (RTN) | A | Dividend | J | T | | | | | |
| 117. Royal Caribbean Cruises LTD (RCL) | A | Dividend | J | T | | | | | |
| 118. Schlumberger LTD (SLB) | A | Dividend | J | T | | | | | |
| 119. Suntrust Bks (STI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Texas Instruments (TXN) | A | Dividend | | | Sold | 11/19/18 | J | A | |
| 121. Travelers Companies Inc Com (TRV) | A | Dividend | J | T | | | | | |
| 122. United Technologies Corp (UTX) | A | Dividend | | | Sold | 12/10/18 | J | A | |
| 123. United Health Group Inc (UNH) | A | Dividend | J | T | | | | | |
| 124. Walmart Inc (WMT) | A | Dividend | J | T | | | | | |
| 125. General Eletric Capital Corp. Bonds | A | Interest | | | Sold | 12/06/18 | J | | 82 |
| 126. Marriott International Bonds | A | Interest | J | T | | | | | 83 |
| 127. Bank of America Bonds | A | Interest | J | T | | | | | 84 |
| 128. Hillshire Brand Co. (formerly Sara Lee Corporation) Bonds | A | Interest | J | T | | | | | 90 |
| 129. JP Morgan Chase & Co. Bonds | A | Interest | J | T | | | | | 91 |
| 130. Vornado Realty LP Bonds | A | Interest | J | T | | | | | 92 |
| 131. Agilent Technologies Inc. Bonds | A | Interest | J | T | | | | | 89 |
| 132. Wells Fargo & Company Bonds | A | Interest | J | T | | | | | 93 |
| 133. American Express Co. Bonds | A | Interest | J | T | | | | | 86 |
| 134. Verizon Communications Bonds | A | Interest | J | T | | | | | |
| 135. CVS Health (formerly CVS Caremark) Corp. Bonds | A | Interest | J | T | | | | | 86 |
| 136. MetLife Inc. Bonds | A | Interest | J | T | | | | | 94 |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Aon PLC Bonds | A | Interest | J | T | | | | | |
| 138. Omnicom Group Inc/Omnicom Capital Inc Bonds | A | Interest | J | T | | | | | |
| 139. Sysco Corporation Bonds | A | Interest | J | T | | | | | 187 |
| 140. Southern Power Co. Bonds | A | Interest | J | T | | | | | 96 |
| 141. Equifax Inc. Bonds | A | Interest | J | T | | | | | 88 |
| 142. Trust #1 (H) | | | | | | | | | |
| 143. Morgan Stanley Bank N.A (cash) | A | Interest | M | T | | | | | |
| 144. Abbott Laboratories (ABT) | A | Dividend | K | T | | | | | |
| 145. Activision Blizzard Inc (ATVI) | A | Dividend | | | Sold | 11/19/18 | K | D | |
| 146. Alphabet Inc Cl C (GOOG) | | None | K | T | | | | | |
| 147. American Express Co (AXP) | A | Dividend | K | T | | | | | |
| 148. Amgen Inc (AMGN) | A | Dividend | K | T | | | | | |
| 149. Apple Inc (AAPL) | A | Dividend | L | T | | | | | |
| 150. Bank of America Corp (BAC) | A | Dividend | K | T | | | | | |
| 151. Cisco Sys Inc (CSCO) | | None | K | T | Buy | 11/19/18 | K | | |
| 152. Citigroup Inc New (C) | A | Dividend | K | T | | | | | |
| 153. Citizens Financial Group Inc (CFG) | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Exxon Mobil Corp (XOM) | A | Dividend | K | T | | | | | |
| 155. Facebook Inc Cl A (FB) | | None | | | Sold | 11/12/18 | K | D | |
| 156. Fedex Corp (FDX) | | None | J | T | | | | | |
| 157. Home Depot Inc (HD) | A | Dividend | K | T | | | | | |
| 158. Honeywell International Inc (HON) | A | Dividend | K | T | | | | | |
| 159. HP Inc Com (HPQ) | A | Dividend | K | T | | | | | |
| 160. JPMorgan Chase & Co (JPM) | B | Dividend | L | T | | | | | |
| 161. Lockheed Martin Corp (LMT) | A | Dividend | K | T | | | | | |
| 162. Marriott Intl Inc New Cl A (MAR) | A | Dividend | K | T | | | | | |
| 163. Merck & Co Inc New Com (MRK) | A | Dividend | K | T | | | | | |
| 164. Nike Inc B (NKE) | | None | K | T | Buy | 11/20/18 | K | | |
| 165. Nucor Corporation (NUE) | A | Dividend | | | Sold | 11/19/18 | K | B | |
| 166. Pepsico Inc NC (PEP) | A | Dividend | K | T | | | | | |
| 167. Raytheon Co (New) (RTN) | A | Dividend | K | T | | | | | |
| 168. Royal Caribbean Cruises LITD (RCL) | A | Dividend | J | T | | | | | |
| 169. Schlumberger LTD (SLB) | A | Dividend | | | Sold | 12/31/18 | J | | |
| 170. T-Mobile US Inc Com (TMUS) | | None | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Texas Instruments (TXN) | A | Dividend | | | Sold | 11/19/18 | K | | |
| 172. Thermo Fisher Scientific (TMO) | A | Dividend | L | T | | | | | |
| 173. United Parcel Ser Inc Cl B (UPS) | A | Dividend | K | T | | | | | |
| 174. United Technologies Corp (UTX) | A | Dividend | | | Sold | 12/10/18 | K | A | |
| 175. Walmart Stores Inc (WMT) | B | Dividend | K | T | | | | | |
| 176. Nextera Energy Capital (65339KAK6) | A | Interest | J | T | | | | | |
| 177. Goldman Sachs Group Inc (38148FAB5) | A | Interest | J | T | | | | | |
| 178. Omnicom Group Inc (682134AC5) | A | Interest | J | T | | | | | |
| 179. Bank of America Corp (06051GFT1) | A | Interest | J | T | | | | | |
| 180. Zoetis Inc (98978VAJ2) | A | Interest | J | T | | | | | |
| 181. PSEG Power LLC (69362BAY8) | A | Interest | J | T | | | | | |
| 182. Amgen Inc (031162BM1) | A | Interest | J | T | | | | | |
| 183. Morgan Stanley (61746BED4) | A | Interest | J | T | | | | | |
| 184. Oracle Corp (68389XAP0) | A | Interest | J | T | | | | | |
| 185. Abbvie Inc (00287YAP4) | A | Interest | J | T | | | | | |
| 186. Anheuser-Busch Inbev Financial (035242AL0) | A | Interest | J | T | | | | | |
| 187. Citigroup Inc (172967HD6) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  International Paper Co (460146CJ0) | A | Interest | J | T | | | | | |
| 189.  Walgreens Boots Alliance Inc (931427AH1) | A | Interest | J | T | | | | | |
| 190.  Verizon Communications Inc (92343VEN0) | A | Interest | J | T | | | | | |
| 191.  21st Century Fox America, Inc (90131HBW4) | A | Interest | J | T | | | | | |
| 192.  American Intl Group (026874DH7) | A | Interest | J | T | | | | | |
| 193.  Wells Fargo & Company (94974BFY1) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Burke, Liles C. | 07/25/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For ease of reporting, the 2018 report has been restructured to comport with brokerage statement reporting. This includes adjustments to the descriptions in Column A, which are not indicative of reportable transactions. Cash holdings have been consolidated in accordance with the filing instructions. Where necessary, corresponding line numbers in the nomination report are included in Column D(5) for reference.

Part VII, lines 3, 4, 17, 47, 69, 88, 124, 133, 134, 137, 138, 154, 156, 168, 169, 171, 176, 183, and 190: These items became reportable during 2018 without corresponding reportable transactions. (X)

Part VII, line 48: This item became both reportable and unreportable during 2018 without corresponding reportable transactions (X)(Y).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt. or tax deffered, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

Part VII, lines 11, 15, 18, 23, 27, 28, 32, 35, 37, 38, 49, 53, 56, 67, 69-73, 79, 81, 85, 95, 97, 98, 107, 109, 120, 121, 129-132, 139, 141-144, 147-149, 154, 155, 157-159, 162-165, 167-169, 173, 175, 176, 179, 181-183, 185-188, 191, 192, 194, 199-203, 216, 221, and 227 of the nomination report are not reportable for purposes of the 2018 annual report; there are no corresponding reportable transactions. (Y)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Liles C. Burke**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544